IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHANE ZYWIEC,<br><br>    Defendant. | 4:25CR3083<br><br>ORDER |

  A hearing was held today. Defendant requests modification of the terms of pretrial release. Such request was approved by pretrial services and by the government. Upon consideration of the evidence and filings before the court, and for the reasons discussed during the hearing, Defendant is released subject to the same terms and conditions of release previously imposed with the following modification:

  a. Condition (g) is modified as follows "avoid all contact, directly or indirectly, unless such indirect contact is via the parties' attorneys, with any person who is or may be a victim or witness in the investigation or prosecution including . . ."

  b. All other conditions remain as set forth in the Order Setting Conditions of Release from the District of Texas (Filing No. 63).

IT IS SO ORDERED.

Dated this 11th day of December, 2025.

                BY THE COURT:

                *s/ Jacqueline M. DeLuca*
                United States Magistrate Judge